UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:

PETER LONZO SHURDEN, JR. &
MICHELLE LEE SHURDEN,

CASE NO.: 09-30323-KKS
CHAPTER: 7

Debtors.
_____/

## ORDER APPROVING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS (DOC. 38) and DIRECTING DISBURSEMENT OF FUNDS

**This Case** came before the Court upon the Application for Payment of Unclaimed Funds (the "Application," Doc. 38) submitted by Dilks & Knopik, LLC ("Applicant") on behalf of Worldwide Asset Purchasing II, LLC ("Claimant"). It appearing that the Application was submitted using the proper form and that the Application provided the required information, it is

**ORDERED:**

1. The Application for the Recovery of Unclaimed Funds (Doc. 38) is APPROVED.

SK

2. An AO213 form will be provided to Dilks & Knopik, LLC via mail after the entry of this Order, which will allow it to choose between receiving a check, or an electronic funds transfer ("EFT") of the unclaimed funds.

3. The Clerk is authorized to release the unclaimed funds being held in the Registry of this Court, in the amount of $1,059.71, payable to Dilks & Knopik LLC, 35308 SE Center St., Snoqualmie, WA 98065, or payment may be remitted via EFT at the Clerk's discretion an upon receipt of an AO213 form.

DONE AND ORDERED on ___June - 26 - 2018___.

KAREN K. SPECIE
Chief U. S. Bankruptcy Judge

Copies to:
All parties in interest

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
35308 SE Center St.
Snoqualmie, WA 98065